# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDILLION, INC.,<br>    Plaintiff,<br><br>    v.<br><br>PIXALATE, INC.,<br>    Defendant.<br><br>AND RELATED CLAIMS | CV 18-7270 DSF (ASx)<br><br>Order DENYING Plaintiff's Motion to Strike Counterclaims and Motion to Dismiss Counterclaims (Dkt. 22) |

  Plaintiff Vidillion, Inc. moves to strike all four of Defendant Pixalate, Inc.'s counterclaims. Alternatively, Vidillion moves to dismiss Pixalate's Second, Third, and Fourth Counterclaims. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for December 10, 2018 is removed from the Court's calendar. Vidillion's motions are DENIED.

 IT IS SO ORDERED.

Date: December 4, 2018

                _____
                Dale S. Fischer
                United States District Judge