# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDILLION, INC.,<br>    Plaintiff,<br><br>         v.<br><br>PIXALATE, INC.,<br>    Defendant. | CV 18-7270 DSF (ASx)<br><br><br>JUDGMENT |

The Court having granted Plaintiff's motion to voluntarily dismiss the case,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 7, 2019

_____
Dale S. Fischer
United States District Judge